1  Lorraine B. Echavarria (SBN 191860)
   lori.echavarria@wilmerhale.com
2  Sonia L. Fleury (SBN 298534)
   sonia.fleury@wilmerhale.com
3  Kelsey M. McGregor (SBN 307627)
   kelsey.mcgregor@wilmerhale.com
4  Laura F. Donaldson (SBN 307638)
   laura.donaldson@wilmerhale.com
5  WILMER CUTLER PICKERING
       HALE AND DORR LLP
6  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
7  (213) 443-5300 Telephone
   (213) 443-5400 Facsimile
8
9  Laboni Hoq (SBN 224140)
   lhoq@advancingjustice-la.org
10 Yanin Senachai (SBN 288336)
   ysenachai@advancingjustice-la.org
   ASIAN AMERICANS ADVANCING
11     JUSTICE-LOS ANGELES
   1145 Wilshire Blvd., 2nd Floor
12 Los Angeles, CA 90017
   (213) 977-7500 Telephone
13 (213) 977-7595 Facsimile

14 *Attorneys for Plaintiff*

15

16              **UNITED STATES DISTRICT COURT**

17           **CENTRAL DISTRICT OF CALIFORNIA**

18

19 Socheat Chy,                          | Case No. 2:17-cv-04325-BRO-AGR

20              Plaintiff,               | **PROOF OF SERVICE**

21          v.

22 Sing Lim; Ray Lim; Tiffany Ngo;
   Ngo Asset Management, LLC;
23 Tiffany Ngo in her capacity as
   trustee of The Tiffany Ngo Living
24 Trust UTD; Naing Lam Yam; Jane
   Doe 1; Cindy Kanya Chan; Molica
25 Ratha Keo; Nivodeth Khiev; Doe
   Gas Station 2; Doe Gas Station 3;
26 Doe Laundromat 4; and DOES 5
   through 10, inclusive,
27
                Defendants.
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On July 5, 2017, I served the foregoing document(s) described as:

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS AS TO DEFENDANTS LAM SIN YAM; RAY LIM; TIFFANY NGO; TIFFANY NGO IN HER CAPACITY AS TRUSTEE OF THE TIFFANY NGO LIVING TRUST; AND NGO ASSET MANAGEMENT, LLC [Doc. 9]**

on each interested party through their attorney of record, or at their last known address, as stated below.

☒  **(BY U.S. MAIL)**  I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Heidi S. Lewis
SULLIVAN, KRIEGER, TRUONG, SPAGNOLA & KLAUSNER, LLP
2 Park Plaza, Suite 900
Irvine, CA 92614

*Attorney for Defendants Lam Sin Yam, Ray Lim, and Tiffany Ngo, individually and as a trustee of the Tiffany Ngo Living Trust UTD, and Ngo Asset Management, LLC*

-1-

**PROOF OF SERVICE**
(Continued)

Molica Ratha Keo
Long Beach, CA

Nivodeth Khiev
Long Beach, CA

Naing Lam Yam
Long Beach, CA

Cindy Kanya Chan
Long Beach, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 5, 2017 at Los Angeles, California.

Gina N. Gaytan

-2-