| | |
|---|---|
| 1 | Lorraine B. Echavarria (SBN 191860) |
|  | lori.echavarria@wilmerhale.com |
| 2 | Sonia L. Fleury (SBN 298534) |
|  | sonia.fleury@wilmerhale.com |
| 3 | Kelsey M. McGregor (SBN 307627) |
|  | kelsey.mcgregor@wilmerhale.com |
| 4 | Laura F. Donaldson (SBN 307638) |
|  | laura.donaldson@wilmerhale.com |
| 5 | WILMER CUTLER PICKERING |
|  |     HALE AND DORR LLP |
| 6 | 350 South Grand Avenue, Suite 2100 |
|  | Los Angeles, CA 90071 |
| 7 | (213) 443-5300 Telephone |
|  | (213) 443-5400 Facsimile |
| 8 |  |
|  | Laboni Hoq (SBN 224140) |
| 9 | lhoq@advancingjustice-la.org |
|  | Yanin Senachai (SBN 288336) |
| 10 | ysenachai@advancingjustice-la.org |
|  | ASIAN AMERICANS ADVANCING |
| 11 |     JUSTICE-LOS ANGELES |
|  | 1145 Wilshire Blvd., 2nd Floor |
| 12 | Los Angeles, CA 90017 |
|  | (213) 977-7500 Telephone |
| 13 | (213) 977-7595 Facsimile |
| 14 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Socheat Chy, | Case No. 2:17-cv-04325 |
|  |  |
| Plaintiff, |  |
|  | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS AS TO DEFENDANTS MOLICA RATHA KEO AND NIVODETH KHIEV** |
| v. |  |
|  |  |
| Sing Lim; Ray Lim; Tiffany Ngo; Ngo Asset Management, LLC; Tiffany Ngo in her capacity as trustee of the Tiffany Ngo Living Trust UTD; Naing Lam Yam; Jane Doe 1; Cindy Kanya Chan; Molica Ratha Keo; Nivodeth Khiev; Defendant Doe Gas Station 2; Defendant Doe Gas Station 3; Defendant Doe Laundromat 4; and DOES 5 through 10, inclusive, |  |
|  | Complaint served: June 18, 2017 |
|  | Current response date: July 10, 2017 |
|  | New response date: August 9, 2017 |
| Defendants. |  |

Plaintiff Socheat Chy ("Socheat" or "Plaintiff") by and through her counsel, and Defendants Nivodeth Khiev and Molica Ratha Keo, in propia persona, hereby stipulate pursuant to Local Rule 8-3 to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint to and including August 9, 2017.

WHEREAS, Plaintiff filed her Complaint on June 9, 2017 in the United States District Court, Central District of California.

WHEREAS, Plaintiff served Defendants with the Complaint on June 18, 2017.

WHEREAS, Defendants' responsive pleading or motion to dismiss the Complaint is currently due on July 10, 2017.

WHEREAS, the parties agree and stipulate that Defendants' time to answer or otherwise respond to the complaint shall be extended to August 9, 2017.

Dated: June 30, 2017

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Lorraine B. Echavarria*
Lorraine B. Echavarria (SBN: 191860)

Attorney for Plaintiff

Dated: 7/3, 2017

By: Molica Keo
Defendant Molica Ratha Keo

1  Dated: 7/3, 2017

By: _____
Defendant Nivodeth Khiev

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On July 6, 2017, I served the foregoing document(s) described as:

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS AS TO DEFENDANTS MOLICA RATHA KEO AND NIVODETH KHIEV**

on each interested party through their attorney of record, or at their last known address, as stated below.

☒ **(BY U.S. MAIL)** I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Heidi S. Lewis
SULLIVAN, KRIEGER, TRUONG,
  SPAGNOLA & KLAUSNER, LLP
2 Park Plaza, Suite 900
Irvine, CA 92614

*Attorney for Defendants Lam Sin Yam, Ray Lim, and Tiffany Ngo, individually and as a trustee of the Tiffany Ngo Living Trust UTD, and Ngo Asset Management, LLC*

## PROOF OF SERVICE
(Continued)

Molica Ratha Keo
Long Beach, CA

Nivodeth Khiev
Long Beach, CA

Naing Lam Yam
Long Beach, CA

Cindy Kanya Chan
Long Beach, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 6, 2017 at Los Angeles, California.

Gina Gaytan

-2-