1  Eliot F. Krieger, P.C. (SBN 159647)
   ekrieger@sullivankrieger.com
2  Heidi S. Lewis (SBN 98046)
   hlewis@sullivankrieger.com
3  Christopher L. Wong (SBN 178374)
   cwong@sktlawyers.com
4  SULLIVAN, KRIEGER,
    TRUONG, SPAGNOLA &
5   KLAUSNER, LLP
   444 W. Ocean Blvd., Ste. 1700
6  Long Beach, CA 90802
   (562) 597-7070 Telephone
7  (562) 597-7772 Facsimile

8  *Attorneys for Defendants Lam Sin Yam, Ray Lim, Tiffany Ngo individually and as a trustee of the Tiffany Ngo Living Trust UTD, and Ngo Asset Management, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Socheat Chy,<br><br>   Plaintiff,<br><br>   v.<br><br>Sing Lim; Ray Lim; Tiffany Ngo; Ngo Asset Management, LLC; Tiffany Ngo in her capacity as trustee of the Tiffany Ngo Living Trust UTD; Naing Lam Yam; Jane Doe 1; Cindy Kanya Chan; Molica Ratha Keo; Nivodeth Khiev; Defendant Doe Gas Station 2; Defendant Doe Gas Station 3; Defendant Doe Laundromat 4; and DOES 5 through 10, inclusive,<br><br>   Defendants. | Case No. 2:17-cv-04325<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AS TO DEFENDANTS LAM SIN YAM; RAY LIM; TIFFANY NGO; TIFFANY NGO IN HER CAPACITY AS TRUSTEE OF THE TIFFANY NGO LIVING TRUST; AND NGO ASSET MANAGEMENT, LLC**<br><br>Complaint served: June 19, 2017<br>First Amended Complaint served: August 16, 2017<br>Current response date: August 30, 2017<br>New response date: September 7, 2017 |

Plaintiff Socheat Chy ("Socheat" or "Plaintiff") by and through her counsel, and Defendants Lam Sin Yam (named in the Complaint as Defendant "Sing Lim"), Ray Lim, Tiffany Ngo, Tiffany Ngo in her capacity as trustee of the Tiffany Ngo Living Trust, and Ngo Asset Management, LLC ("Defendants"),

1

by and through their counsel, hereby stipulate to extend the time for Defendants to answer or otherwise respond, by motion to dismiss and/or motion to strike, to Plaintiff's First Amended Complaint to and including September 7, 2017.

WHEREAS, Plaintiff filed her Complaint on June 9, 2017 in the United States District Court, Central District of California.

WHEREAS, Plaintiff served Defendants with the Complaint on June 19, 2017.

WHEREAS, Defendants' responsive pleading or motion to dismiss the Complaint was initially due on July 10, 2017.

WHEREAS, Plaintiff and Defendants jointly stipulated on June 30, 2017 to a 30-day extension for Defendants to file responsive pleadings or a motion to dismiss the Complaint, due on August 9, 2017.

WHEREAS, Defendants' responsive pleading or motion to dismiss the Complaint was due on August 9, 2017.

WHEREAS, counsel for Defendants and Plaintiff timely engaged in the Conference of Counsel set forth in Local Rule 7-3 both by email and multiple conference calls, whereby counsel for Defendants and Plaintiff agreed to further extend the time for Defendants to respond to the complaint to August 16, 2017.

WHEREAS, this Court granted Defendants an extension to and including August 16, 2017, to answer or otherwise respond to the complaint.

WHEREAS, pursuant to the meet and confer efforts undertaken in the Conference of Counsel, Plaintiff filed a First Amended Complaint on August 16, 2017, thereby eliminating Defendants' need to file a response to the complaint.

WHEREAS, the Defendants' response to the First Amended Complaint is due on August 30, 2017.

WHEREAS, pursuant to an August 30, 2017 Local Rule 7-3 meet and confer conference, counsel for Plaintiff and Defendants agree that Plaintiff may

1  file on or before September 5, 2017, a Second Amended Complaint, adding a
2  Racketeer Influenced and Corrupt Organization Act ("RICO") claim, 18 U.S.C. §
3  1961 *et. seq.*, against Defendants, and Doe Gas Station 2, Doe Gas Station 3, and
4  Doe Laundromat 4, in lieu of Plaintiff filing a motion for leave to amend.

5       WHEREAS, Plaintiff's and Defendants' counsel further agree that such
6  agreement to file the Second Amended Complaint is without waiver of
7  Defendants' right to file responsive pleadings and/or motion to dismiss and/or
8  motion to strike in response to the Second Amended Complaint.

9       WHEREAS, as part of the meet and confer conference on August 30,
10 2017, counsel for Plaintiff and Defendants also agree and stipulate that
11 Defendants' time to answer or otherwise respond to the First Amended
12 Complaint shall be further extended to September 7, 2017, acknowledging that
13 such response to the First Amended Complaint will be unnecessary if Plaintiff,
14 as expected, files her Second Amended Complaint on or before September 5,
15 2017.

16      WHEREAS, good cause exists to grant this Joint Stipulation because it
17 will preserve Court and party resources, and for the reasons described in the
18 attached Declaration of Heidi Stilb Lewis.

Dated:  August 30, 2017    SULLIVAN, KRIEGER, TRUONG,
                           SPAGNOLA & KLAUSNER LLP


                           By:   /s/Heidi Stilb Lewis
                                 Heidi Stilb Lewis (SBN: 98046)

                           Eliot F. Krieger, P.C. (SBN 159647)
                           ekrieger@sullivankrieger.com
                           Heidi S. Lewis (SBN 98046)
                           hlewis@sullivankrieger.com
                           Christopher L. Wong (178374)

cwong@sktlawyers.com
SULLIVAN, KRIEGER, TRUONG,
SPAGNOLA & KLAUSNER, LLP
444 W. Ocean Blvd. Ste. 1700
Long Beach, CA 90802
(562) 597-7070 Telephone
(562) 597-7772 Facsimile

Attorney for Defendants Lam Sin Yam, Ray Lim, Tiffany Ngo individually and as a trustee of the Tiffany Ngo Living Trust UTD, and Ngo Asset Management, LLC

Dated:  August 30, 2017         WILMER CUTLER PICKERING HALE AND DORR LLP


By:   /s/Nancy Lynn Schroeder
      Nancy Lynn Schroeder (SBN: 280207)

Attorney for Plaintiff

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Heidi Stilb Lewis, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2017         SULLIVAN, KRIEGER, TRUONG,
                               SPAGNOLA & KLAUSNER LLP


                               By:   /s/Heidi Stilb Lewis
                                     Heidi Stilb Lewis (SBN: 98046)

                               Attorney for Defendants Lam Sin Yam, Ray Lim, Tiffany Ngo individually and as a trustee of the Tiffany Ngo Living Trust UTD, and Ngo Asset Management, LLC

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Sullivan, Krieger, Truong, Spagnola & Klausner, LLP, 2 Park Plaza, Suite 900, Irvine, CA 92614.

On August 30, 2017, I served the forgoing document(s) described as:

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT AS TO DEFENDANTS LAM SIN YAM; RAY LIM; TIFFANY NGO; TIFFANY NGO IN HER CAPACITY AS TRUSTEE OF THE TIFFANY NGO LIVING TRUST; AND NGO ASSET MANAGEMENT, LLC;

On each interested party through their attorney of record, or at their last known address, as stated below.

[ ] (BY U.S. MAIL) I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

| Cindy Kanya Chan | Molica Ratha Keo | Nivodeth Khiev |
| --- | --- | --- |
| 9463 Arkansas Street | 2550 Chesnut Ave. | 2550 Chesnut Ave. |
| Bellflower, CA 90706 | Long Beach, CA 90806 | Long Beach, CA 90806 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 30, 2017, at Irvine, California.

    /s/Lucy Tom
    Lucy Tom