1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Socheat Chy,<br><br>          Plaintiff,<br><br>       v.<br><br>Sing Lim; Ray Lim; Tiffany Ngo;<br>Ngo Asset Management, LLC;<br>Tiffany Ngo in her capacity as<br>trustee of the Tiffany Ngo Living<br>Trust UTD; Naing Lam Yam; Jane<br>Doe 1; Cindy Kanya Chan; Molica<br>Ratha Keo; Nivodeth Khiev;<br>Defendant Doe Gas Station 2;<br>Defendant Doe Gas Station 3;<br>Defendant Doe Laundromat 4; and<br>DOES 5 through 10, inclusive,<br><br>          Defendants. | Case No. 2:17-cv-04325<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AS TO DEFENDANTS LAM SIN YAM; RAY LIM; TIFFANY NGO; TIFFANY NGO IN HER CAPACITY AS TRUSTEE OF THE TIFFANY NGO LIVING TRUST; AND NGO ASSET MANAGEMENT, LLC** |

**[PROPOSED] ORDER**

The Court hereby grants the JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT AS TO DEFENDANTS LAM SIN YAM; RAY LIM; TIFFANY NGO; TIFFANY NGO IN HER CAPACITY AS TRUSTEE OF THE TIFFANY NGO LIVING TRUST; AND NGO ASSET MANAGEMENT, LLC; extending time to respond to the First Amended Complaint from August 30, 2017, until September 9. 2017, for Defendants Lam Sin Yam (named in the Complaint as Defendant "Sing Lim"); Ray Lim; Tiffany Ngo; Tiffany Ngo in her capacity as trustee of the Tiffany Ngo Living Trust; and Ngo Asset Management, LLC.

IT IS SO ORDERED.

Dated:_____

THE HONORABLE BEVERLY R. O'CONNELL
United States District Court Judge

-1-