UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  LA 17-cv-04325 VAP (AGRx)   Date  11/6/2017

Title  *Socheat Chy  v.  Lam Sin Yam, et al*

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra L. Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Lorraine Echavarria | Eliot F. Krieger |
| Kelsey McGregor | Heidi S. Lewis |
| Yanin Senachai | |
| Laboni A. Hoq | |

**Proceedings:**   DEFENDANT'S MOTION TO DISMISS FOURTH, SEVENTEENTH, TWENTY-SECOND, AND TWENTY-NINTH CLAIMS; [DOC NO. 45]

Matter called.  Counsel make their appearances.  Court issues a tentative ruling, hears oral argument and takes the matter under submission.

**IT IS SO ORDERED.**